# United States District Court
# For The Western District of North Carolina
# Charlotte Division

German Millon ,

    Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                              3:08cv338
                                                   3:05cr341

USA,

    Defendant(s).


DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 7, 2009 Order.


                                                           Signed: October 7, 2009

                                                        Frank G. Johns, Clerk
                                                        United States District Court